UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DANIELLE FREEMAN,

    Plaintiff,

vs.

PENN CREDIT CORPORATION,

    Defendant.

Case No.: 1:16-CV-0224-DNH-CFH

NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff DANIELLE FREEMAN, by and through her attorney of record, Matthew Sheffield, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action with prejudice, both parties to bear own costs.

Date: July 1, 2016

Respectfully Submitted,

s/ Matthew T. Sheffield
Matthew T. Sheffield, Esq.
Bar No. 518910
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
Phone: 201-461-0059
Fax: 201-608-7116
Email: ms@lupoloverlaw.com
Attorney for Plaintiff

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: July 6, 2016
Utica, NY